IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DELTA DEFENSE, LLC,

     Plaintiff,

v.                                                                  Case No.

DELTADEFENSECAREERS.COM,

     Defendant.

## COMPLAINT

Plaintiff Delta Defense, LLC ("Delta Defense") for its Complaint in this action, states and alleges as follows:

## NATURE OF THE CASE

1.     Delta Defense is a leader in the business of sales and marketing of self-defense education, firearms training and self-defense liability insurance to potential members of the USCCA, a leading and well-known association of like-minded individuals whose members get self-defense education, training and self-defense liability insurance as benefits of membership.

2.     Delta Defense files this *in rem* action pursuant to the Anti-cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d), against the *res*, the above-captioned domain name, <deltadefensecareers.com>. The <deltadefensecareers.com> domain name expropriates the entirety of Delta Defense's distinctive, federally registered DELTA DEFENSE® Trademark.

3.     In addition to cybersquatting through use of the DELTA DEFENSE® mark in the <deltadefensecareers.com> domain name, the <deltadefensecareers.com> domain is being used in a fraudulent scheme to imitate Delta Defense and its employees. On information and belief, the

registrant and/or their affiliates have sent emails from inauthentic deltadefensecareers.com email addresses purporting to be actual Delta Defense employees, such as Calvin De Leon, Heidi Ciha, Aprille Majkowski, and Tim Schmidt (using fake email addresses such as calvin@deltadefensecareers.com, heidi@deltadefensecareers.com and hr@deltadefensecareers.com), and sent these "phishing" emails, including at least one fraudulent job offer, to third-parties in an attempt to obtain sensitive information from them. Examples of these malicious emails (with target or victim personally identifiable information redacted) using the <deltadefensecareers.com> domain are attached as Exhibits A, B, C, D, E, and F.

4.     A web site at the <deltadefensecareers.com> domain currently displays paid-per-click advertisements for job seekers. Exhibit G.

5.     The bad faith registration and abuse of <deltadefensecareers.com> is causing irreparable reputational and burdensome harm to Delta Defense and putting innocent individuals at risk of serious privacy invasion and financial loss. Delta Defense is entitled to a preliminary injunction requiring the immediate transfer of the domain name to Delta Defense.

## **THE PARTIES**

6.     Delta Defense is a State of Wisconsin Limited Liability Company having a business address of 1000 Freedom Way, West Bend, WI 53095-4945.

7.     The WHOIS Registration Record ("WHOIS Record") for <deltadefensecareers.com> has the registrant's name, organization, address, phone number and email address redacted by PrivacyGuardian.org LLC, a privacy service based in Phoenix, AZ. The <deltadefensecareers.com> domain is registered with NameSilo, LLC ("NameSilo"). Delta Defense is unable to determine the identity of the registrant from the WHOIS Record; however, the WHOIS record does disclose that the privacy service, PrivacyGuardian.org LLC, is located in

Phoenix, AZ. The WHOIS Records showing the registration information for <deltadefensecareers.com>, with the registrant's name "Redacted for Privacy" by the privacy service, PrivacyGuardian.org LLC, is attached as <u>Exhibit H</u>.

<b><u>JURISDICTION AND VENUE</u></b>

8.     This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1121(a), 1125(d), 28 U.S.C. §§ 1331, 1332, 1338 and 28 U.S.C. § 2201.

9.     15 U.S.C. § 1125(d)(2)(A) provides for an *in rem* action against a domain name if the owner of the trademark is unable to obtain personal jurisdiction over a person who would have been a defendant under 15 U.S.C. § 1125(d)(1).  The registrant of <deltadefensecareers.com> would have been a defendant under 15 U.S.C. § 1125(d)(1) because the <deltadefensecareers.com> domain name is identical or confusingly to the federally registered DELTA DEFENSE® trademark by virtue of incorporating in its entirety the DELTA DEFENSE® trademark.  Further, the <deltadefensecareers.com> domain name is being used in bad faith to profit from the goodwill of the distinctive DELTA DEFENSE® trademark, and the <deltadefensecareers.com> domain name is being used by its registrant to attempt to trick unsuspecting email recipients into giving the registrant their sensitive information.

10.     On information and belief, Delta Defense is unable to obtain personal jurisdiction over the registrant of the <deltadefensecareers.com> domain name.  Because the registrant is using a privacy service to mask its identity, Delta Defense has attempted to contact the registrant directly through a masked email provided to the registrant by the privacy service (<u>Exhibit I</u>).  Delta Defense has attempted to contact the PrivacyGuardian.org LLC privacy service to report the abusive registration by one of its clientele.  <u>Exhibit J</u>.  Delta Defense has attempted to contact the NameSilo registrar and hosting service used by the fraudulent registrant to report the abusive registration by

3

one of its clientele.  Exhibits K, L.  All of these attempts have been unavailing, with the exception of pro forma responses from NameSilo declining to take any action regarding Delta Defense's abuse report.  Exhibit M.

11.    Nothing in Delta Defense's attempt to identify and contact the registrant has uncovered any facts that would establish personal jurisdiction over the registrant. Upon information and belief, the registrant bears contacts with the United States by its registration of the <deltadefensecareers.com> domain name with the U.S.-based registrar and hosting service, NameSilo.

12.    The Court has jurisdiction over the *res*, the <deltadefensecareers.com> domain name, pursuant to 15 U.S.C. § 1125(d)(2)(C)(i), because Verisign Global Registry Services ("Verisign GRS"), the registry which is the exclusive registry for all TLD ".com" domain names, including <deltadefensecareers.com>, has its principal place of business in Reston, Virginia. Verisign GRS maintains the shared reservation system for ".com" domain names that allows all registrars, including NameSilo, to enter new domain names into the master directory and to submit modifications, transfers, re-registrations and deletions of existing ".com" domain names.

13.    Upon notice of this action to NameSilo, the current registrar of the domain names, NameSilo is required, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i)(I), to expeditiously deposit with this Court documents sufficient to establish the Court's control and authority regarding the disposition of the registration and use of the <deltadefensecareers.com> domain name to the Court.

14.    Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this district.

## FACTUAL BACKGROUND

15.    Delta Defense provides sales, marketing, operations and administrative support services to USCCA, an association of firearm owners that exists for the purpose of educating and training its members related to firearms, lawful self-defense, responsibility, safety, and preparedness. Individuals can purchase membership to USCCA.

16.    Since as early as November 1, 2012, Delta Defense and/or USCCA have continuously used a shield design in interstate commerce in conjunction with its membership services.  Delta Defense owns US Registration 4,776,248 ("the '248 registration"), for the following trademark, attached as Exhibit N:



17.    The '248 registration is for printed matter, namely, magazines in the field of self-defense and firearms; printed instructional, educational, and teaching materials in the field of self-defense and firearms; educational kits provided as a unit in the field of self-defense and firearms consisting primarily of books, magazines, and posters and also including DVDs, attorney referrals, insurance services, administration of association membership benefit plans concerning legal defense insurance, providing on-line training in the field of self-defense and firearms; educational services in the field of providing training to instructors in the field of self-defense and distribution of training material in connection therewith; and providing online newsletters in the field of self-defense and firearms.

18.    Delta Defense owns US Registration 6,130,426 ("the '426 registration"), for the following trademark, attached as Exhibit O:



19.    The '426 registration is for clothing, namely caps being headwear, shirts, sweatshirts, jackets, and belts.

20.    Delta Defense owns US Registration 6,091,029 ("the '029 registration"), for the following trademark, attached as Exhibit P:



21.    The '029 registration is for printed matter, namely, magazines in the field of self-defense and firearms.

22.    Delta Defense owns US Registration 6,323,763 ("the '763 registration"), for the DELTA DEFENSE service mark, for services, namely, issuance and administration of legal defense insurance.  Exhibit Q.

23.    Delta Defense has expended considerable effort and expense to establish the source identifying function and goodwill represented by the '248, '426, '029, and '763 registrations (collectively, "the DELTA DEFENSE marks").  As a result, the DELTA DEFENSE marks are well known among the consuming public.

24.    Delta Defense has an active presence on the Internet and maintains its site and other sites to advertise available careers to potential employees.  The principal domain name registered by Delta Defense is <deltadefense.com>.  Delta Defense registered this domain name in on July

27, 2005, and has used that domain name in connection with its web site and its corporate email. Delta Defense has a page at <deltadefense.com/careers> at which it links users to active job openings at Delta Defense.

25.    By reason of the extensive use and advertising of Delta Defense, the DELTA DEFENSE marks have come to be recognized and relied upon by the trade and the public as identifying Delta Defense, and as distinguishing Delta Defense from others.

### The Unauthorized Registration and Use of <deltadefensecareers.com>

26.    Upon information and belief, the <deltadefensecareers.com> domain name was registered in an effort to profit off of Delta Defense's goodwill and to trick unsuspecting visitors and recipients, who are under the impression they are transacting with a legitimate Delta Defense employee, into giving their valuable sensitive information to the registrant.

27.    Without authorization from Delta Defense, the registrant registered <deltadefensecareers.com> on December 2, 2023.  See Exhibit H.

28.    Beginning thereafter in December 2023, many emails were sent using the <deltadefensecareers.com> domain name that purported to be from Delta Defense employees, and requested the recipients to enter their sensitive information in an apparent phishing scheme.  See Exhibits A-F.

29.    Upon learning of the unauthorized registration of <deltadefensecareers.com>, Delta Defense sent takedown requests to NameSilo via their online abuse form and by email on December 14, 2023, and to PrivacyGuardian via an online abuse form on the same date. Exhibits J-L.  The submissions alerted NameSilo and PrivacyGuardian of the fraud being perpetrated by one of their clientele through use of the <deltadefensecareers.com> domain name.

30.     To date, NameSilo and PrivacyGuardian have not acted on these reports. Despite these efforts to resolve this dispute, neither NameSilo, PrivacyGuardian nor the registrant has responded to Delta Defense's notices regarding the unauthorized registration and use of <deltadefensecareers.com> domain name, except pro forma responses from NameSilo declining to take any action regarding Delta Defense's abuse report.  Exhibit M.

31.     The use of the <deltadefensecareers.com> domain name – a domain name that incorporates the entirety of the registered and distinctive DELTA DEFENSE® trademark – clearly establishes that the registrant is seeking to capitalize on the goodwill and recognition of the Plaintiff's mark.  On information and belief, the registrant does not have any trademark or other intellectual property rights in the DELTA DEFENSE® mark. The registrant has never used the domain name in connection with a bona fide offering of goods or services. In fact, the domain name resolves to a website displaying pay-per-click advertisements for job placement services. The use of a domain name to host pay-per-click advertising is not a legitimate use.  The use of the <deltadefensecareers.com> domain name to send fraudulent phishing emails is evidence that the registrant is seeking to profit off the goodwill and reputation of Delta Defense in bad faith.

32.     As further evidence of bad faith, as shown below from Exhibit F, the registrant uses the Delta Defense marks in a fake "Employment Contract" sent to unsuspecting victims to make them believe that Delta Defense has extended a job offer to them, as part of the scheme to eventually extract personal information from the unsuspecting victims:



**1000 Freedom Way West Bend, WI 53095**

**EMPLOYMENT CONTRACT**

**THE EMPLOYMENT CONTRACT**

**BETWEEN:**

**Delta Defense, LLC**

**- AND -**

███████

33.     In simplest terms, the registration and infringing use by the registrant of the <deltadefensecareers.com> domain name constitutes cyberpiracy in violation of the ACPA, as well as trademark infringement under the Lanham Act.  The registrant is attempting to capitalize on the valuable goodwill of Delta Defense for its own commercial gain, to defraud the public by impersonating Delta Defense as part of the scheme to eventually extract personal information from the unsuspecting victims, and tarnish the distinctive DELTA DEFENSE® mark in the process.

## Count I (Trademark Cyberpiracy 15 U.S.C. § 1125(d))

34.     Delta Defense repeats and realleges the allegations of paragraphs 1 through 33 above as if fully set forth herein.

35.     The <deltadefensecareers.com> domain name expropriates the entirety of the DELTA DEFENSE® trademark, and the "Delta Defense" textual element of the '029 registration, both of which were distinctive at the time the<deltadefensecareers.com> domain name was registered.  The <deltadefensecareers.com> domain name is therefore confusingly similar to the DELTA DEFENSE® trademark and the "Delta Defense" textual element of the '029 registration.

36.     The registration and use of the <deltadefensecareers.com> domain name is likely to cause (and has caused) job seekers to mistakenly believe that the domain name is sponsored or approved of by Delta Defense or that the domain name is otherwise affiliated with or used by permission from Delta Defense, and dozens of job seekers have already been actually confused.

37.     This bad faith intent is further evidenced by the emails sent from the <deltadefensecareers.com> domain name in which the registrant purports to be a Delta Defense employee, and ultimately requests the recipients to give their sensitive information, and also by the fake "Employment Contract" that has been transmitted by the registrant.  Therefore, the registration and use of the <deltadefensecareers.com> domain name is paradigmatic of bad faith.

38.     By engaging in the activities described above, the registrant of <deltadefensecareers.com> has engaged in cyberpiracy in violation of 15 U.S.C. § 1125(d).

39.     The acts of cyberpiracy in connection with the <deltadefensecareers.com> domain name by a person over whom this Court is unable to obtain personal jurisdiction has caused and is causing irreparable injury to the goodwill and reputation of Delta Defense and, unless restrained, will cause further irreparable injury. 15 U.S.C. § 1125(d)(2)(A).

40.     By reason of the foregoing, Delta Defense is entitled to the transfer of the <deltadefensecareers.com> domain name to Delta Defense, and such other and further relief this Court deems just and proper.  See 15 U.S.C. § 1125(d)(2)(D)(i) & (d)(3).

### **PRAYER FOR RELIEF**

WHEREFORE, Delta Defense respectfully requests that the Court order that the <deltadefensecareers.com> domain name be transferred to Delta Defense, and award Delta Defense such other and further relief as the Court deems just and proper.

Respectfully submitted:

Date:  December 20, 2023

The Office of Craig C. Reilly, Esq.


By:    Craig C. Reilly
Craig C. Reilly (VSB # 20942)
209 Madison Street, Suite 501
Alexandria, Virginia 22314
T: 703-549-5354
F: 703-549-5355
E: craig.reilly@ccreillylaw.com

Daniel R. Johnson   (*Pro Hac Vice* Pending)
RYAN KROMHOLZ & MANION, S.C.
P. O. Box 26618
Milwaukee, Wisconsin 53226-0618

*Attorneys for Plaintiff Delta Defense, LLC*