IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DELTA DEFENSE, LLC,

Plaintiff,

v. Case No. 1:23-cv-1752-CMH-IDD

DELTADEFENSECAREERS.COM,

Defendant.

**DELTA DEFENSE, LLC'S CERTIFICATE OF GIVING NOTICE OF THE MOTION FOR PRELIMINARY INJUNCTION**

PURSUANT TO Rule 65(a) and the Court's January 4, 2024, *Order* (ECF No. 10), Plaintiff Delta Defense, LLC ("Delta Defense"), hereby certifies that, on the 4th day of January 2024, Delta Defense gave notice of the preliminary injunction hearing now set for January 19, 2024, by email on the .COM registry, Verisign Global Registry Services, and on the registrant of the defendant *in rem* domain name, <deltadefensecareers.com>, at the following email addresses: pw-cdfffb02d3bbbddb44dba327c91155ce@privacyguardian.org; support@namesilo.com; abuse@namesilo.com; legal@namesilo.com; abuse@verisign.com; info@verisign-grs.com.

Respectfully submitted: The Law Office of Craig C. Reilly, Esq.

Date: January 5, 2024

By: /s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
209 Madison Street, Suite 501
Alexandria, Virginia 22314
T: 703-549-5354
F: 703-549-5355
E: craig.reilly@ccreillylaw.com

Daniel R. Johnson (*Pro Hac Vice*)
RYAN KROMHOLZ & MANION, S.C.
P. O. Box 26618
Milwaukee, Wisconsin 53226-0618

*Attorneys for Plaintiff Delta Defense, LLC*