IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DELTA DEFENSE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DELTADEFENSECAREERS.COM,<br><br>    Defendant. | Civil Action No. 1:23-cv-1752 |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 10, 2024, in response to a Motion for Default Judgment.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

**ORDERED** that default judgment is entered in favor of plaintiff and against the defendant domain name with respect to plaintiff's claim alleging a violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). It is further

**ORDERED** that the Court's January 19, 2024, preliminary injunction be converted to a permanent injunction, retaining Delta Defense as the registrant for the deltadefensecareers.com domain name.

Alexandria, Virginia
June _12_, 2024

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE